# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PARIS LA MONTE HUNTER, | Civil No. 23-2807 (JRT/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA and WARDEN FCI PEKIN, | |
| Respondents. | |

Paris La Monte Hunter, Reg. No. 21588-041, FCI Pekin, P.O. Box 5000, Pekin, IL 61555, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondents.

This case is before the Court on the Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 4.) No party has objected to that Report and Recommendation. Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (ECF No. 4) is **ADOPTED**; and

2. This matter be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1406(a).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 20, 2023
at Minneapolis, Minnesota

                                      _____s/John R. Tunheim_____
                                                  JOHN R. TUNHEIM
                                          United States District Judge